FILED
2026 Nov-04 PM 04:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

| State of Alabama<br>Unified Judicial System<br><br>Form C-10-CIVIL<br>Page 1 of 3 Rev. 9/2023 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER**<br>(Request to Waive Filing Fees) | Court Case Number<br><br>CV-26-38 |
|---|---|---|

IN THE Circuit (Circuit or District) COURT OF Limestone (Name of County) COUNTY, ALABAMA

STYLE OF CASE: Charles Moore (Plaintiff(s)) v. International Programs Group (I.P.G.) (Defendant(s))

☑ I, because of financial hardship, am unable to pay the fees and costs in this case. I request that payment of these fees and costs be waived initially and taxed as costs at the conclusion of the case.

## AFFIDAVIT

1. IDENTIFICATION

Full Name Charles Clavin Moore Date of Birth [redacted]-62
Spouse's Full Name (if married) -0-
Complete Home Address 13220 Sugar plum LN
Madison, Alabama 35756
Total Number of People I am Supporting Financially in Household Including Myself 1
Telephone Number (Cell) 256-410-1066 (Home) ________ (Other) ________
State & Last 4 Digits of Driver License's Number "7928 Last 4 Digits of Social Security Number 0643
Employer's Name & Address "Disable" Employer's Telephone Number ________

2. ASSISTANCE BENEFITS

Some of the residents in my household or I receive benefits from any of the following sources (*check those which apply*)
☐ Temporary Assistance for Needy Families (TANF) ☑ Food Stamps ☑ Medicaid
☑ Social Security Income (SSI) ☐ Disability ☐ Other: ________
The monthly value of these benefits combined is $ 1,237.35

3. INCOME/EXPENSE STATEMENT

Monthly Gross Income:

| | |
|---|---|
| My monthly gross income is | $ 1,237.35 |
| My spouse's monthly gross income (unless a marital offense) is | $ -0- |
| My other monthly earnings (commissions, bonuses, interest income, etc.) are | $ -0- |
| The combined monthly income received by other members of my household is | $ -0- |
| Monthly Unemployment / Worker's Compensation, Social Security, Retirements, etc. | $ -0- |
| Child Support Payment(s)/Alimony Received | $ -0- |
| Other Monthly Income (*be specific*): -0- 1,237.35 | $ -0- |
| 3a. TOTAL MONTHLY GROSS INCOME | $ -0- |

The Monthly Expenses I pay are:

| | |
|---|---|
| Rent/Mortgage | $ 850.00 |
| Total Utilities: Gas, Electricity, Water, etc. | $ 70.00 |
| Food Stamps | $ 237.00 |
| Clothing | $ yes |
| Health Care/Medical Insurance | $ -0- |
| Car Payment(s)/Transportation Expenses | $ -0- |
| Loan Payment(s) | $ -0- |
| Credit Card Payment(s) | $ -0- |
| Educational/Employment Expenses | $ 74.00 |
| Cell Phone Expenses | $ 74.00 |
| Other Expenses (*be specific*): INS | $ 50.00 |

| | |
|---|---|
| **3b. Subtotal** | $ |
| 3c. Child Support Payment(s)/Alimony (Subtotal) | $ -0- |
| 3d. Exceptional Expenses (Subtotal) | $ |
| **3e. TOTAL MONTHLY EXPENSES (Add totals from 3b., 3c.,& 3d. monthly only)** | $ 1,281.00 |
| **Total Monthly Gross Income (3a.) Minus Total Monthly Expenses (3e.)** | $ 1,237.00 |

I'am be hind every months.

EXHIBIT A

| State of Alabama<br>Unified Judicial System<br><br>Form C-10-CIVIL<br>Page 2 of 3 Rev. 9/2023 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER**<br>(Request to Waive Filing Fees) | Court Case Number |
|---|---|---|

4. Assets

My assets are as follows:

| | |
|---|---|
| Cash on Hand/Bank *(or otherwise available such as stocks, bonds, certificates of deposit)* | $ -0- |
| Equity in Real Estate (value of properly less what you owe) | $ - 0 - |
| Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, TV, electronics, furnishing, jewelry, tools, guns, less what you owe) | $ 1500 |
| Other (*be specific*): | $ - 0 - |
| Do you own anything else of value? ☐Yes ☒No (land, house, boat, TV, stereo, jewelry) If so, describe: | $ |
| Total Assets | $ 1,500 |

5. Affidavit/Request

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel, in addition to all or part of the costs associated with this case.

Sworn to and subscribed before me this 10 day of Sept 26

[signature]
*(Signature of Judicial Officer*)*
EXP: 7/20/27

[signature]
*(Affiant's Signature)*

Charles Moore
*(Print or Type Name)*

*If an individual who verifies this form is not a judicial officer but is a notary public, that individual must attach one of the acknowledgment pages (for an individual, an entity, or remotely) and complete and sign it and affix the individual's notary seal.

EXHIBIT A

| State of Alabama Unified Judicial System<br>Form C-10-CIVIL<br>Page 3 of 3 Rev. 9/2023 | **ORDER ON AFFIDAVIT OF SUBSTANTIAL HARDSHIP**<br>(Request to Waive Filing Fees) | Court Case Number<br>CV-26-38 |
|---|---|---|

IN THE Circit COURT OF Limestone County, ALABAMA
(Circuit or District) (Name of County or Municipality)

Charles Calvin Moore v. International Programs Group (IPG)

The Court has considered the Affiant's testimony, his or her poverty level as measured by the United States poverty guidelines and the potential for substantial hardship that payment by the Affiant would cause. IT IS, THEREFORE, ORDERED AND ADJUDGED BY THE COURT AS FOLLOWS:

☐ **The request is DENIED.**
- ☐ The Court finds that the Affiant is **NOT INDIGENT** and the Affiant's income is not within the United States poverty guidelines or the Affiant has the resources to pay for the requested items without substantial hardship: ______
- ☐ The case or situation is not one for which the request is applicable.
- ☐ Other (*please specify*): ______

☑ **The Affiant is INDIGENT.** Therefore, the prepayment of filing fees and costs is hereby waived, and these fees and costs shall be taxed at the conclusion of the case.

☐ Other *(please specify)*: ______

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of expenses, fees, and costs.

Done this 9/14/26
(Date)

[signature]
(Signature of Judge)
(Printed Name)

FILED IN OFFICE
SEP 15 2026
KELLY DAVIS, CLERK
LIMESTONE COUNTY ALABAMA

EXHIBIT A

THE COMPLAINT

CV-26-38

IN THE Circuit COURT OF LIMESTONE COUNTY, ALABAMA

**PLAINTIFF** (Your Name / Business Name): CHARLES CALVIN MOORE
Address: 13220 SUGAR PLUM LN MADISON, AL 35756
Phone Number: 256-910-1666

**v. CASE NO.** ______________

**DEFENDANT** (Other Party's Name): INTERNATIONAL Programs Group, (I.P.G)
Address: P.O. BOX 220999
St. Louis, MO. 63122-0999

## COMPLAINT FOR BREACH OF CONTRACT / BREACH OF AGREEMENT

1. On or about **[Date]**, Plaintiff and Defendant entered into a lawful agreement/contract. MAY 19 2026 with picture.
2. A copy of the agreement or contract is attached hereto as "Exhibit A" SEE EXHIBIT A, 1-2-3-4
3. Plaintiff performed all obligations required under the terms of the agreement.
4. Defendant breached the agreement by failing to fulfill the following terms: *(Describe what the other party failed to do, such as failure to pay funds, deliver goods, or honor a release agreement)* SEE EXHIBIT B-3-4-5 of the CONTRACT, agreement And material breach.
5. As a direct result of Defendant's breach, Plaintiff has suffered financial damages.

**RELIEF REQUESTED:**

Plaintiff demands judgment against the Defendant in the principal sum of $ 2,000,000.00, plus court costs, interest from the date of breach, and any other relief the Court deems just.

Dated this 19 day of MAY, 20 2026

E-MAIL CCMOORE@gmail.com

Signature of Plaintiff / ... [signature]

FILED IN OFFICE
SEP 15 2026
KELLY DAVIS, CLERK
LIMESTONE COUNTY ALABAMA

EXHIBIT A

# EXHIBIT

A = 1 - 2

With the PICTURE And witness, The contract

ipg

Home Office
P O Box 220999
St. Louis, MO. 63122-0999
Tele: 800-489-2482
Fax: 314-821-7625

May 19, 2026

Charles Moore
13220 Sugarplum Lane
Unit 5B
Madison, AL 35756

| | |
|---|---|
| Our Client: | RBI |
| Claimant: | Charles Moore |
| Date of Loss: | 4/7/25 |
| IPG File#: | 60222-0200508 |

Dear Mr. Moore:

We have reviewed your claim and are making a full and final settlement offer of $2,000,000.00. There will be no other offers made.

If you wish to accept, please complete and return the attached release via e-mail or regular mail.

Sincerely,

Andy Werts
Examiner
International Programs Group
Office: (314) 909-3127
Email: andy.werts@ipgclaims.com

Enc: Release

EXHIBIT A

# RELEASE OF ALL CLAIMS

For and in consideration of the payment to me Charles Moore of the sum of $2,000,000.00, million, dollars and no cents, the receipt of which is hereby acknowledged I do hereby fully and forever release and discharge Restaurant Brands International, his/her/its/their agents, servants, or representatives of any from any and all actions, causes of action, claims and demands, damages, costs, loss of services, expenses, and compensation on account of or in any way growing out of any and all known and unknown personal injuries and property damage resulting, or to result from an incident, which occurred in Limestone County, AL state, on or about April 7, 2025, and **do hereby agree to indemnify and save harmless the parties herein released from all further claims or demands, costs, or expense arising out of the injuries or damages sustained by me**. It is further agreed that in the event other parties are responsible to me for damages as a result of this incide nt, the execution of this agreement shall operate as a satisfaction of my claims against such other parties to the extent of the pro rata shares of the parties herein released.

It is expressly warranted by me that no promise or inducement has been offered except as herein set forth; that this release is executed without reliance upon any statement or representation of the persons or parties released or their representatives, concerning the nature and extent of the injuries, damages, or legal liability thereof; that acceptance of the consideration set forth herein is in full accord and satisfaction of a disputed claim for which liability is expressly denied.

It is my intention by the proposed settlement to resolve any and all claims that you may have as a result of the facts concerning the above-referenced claim. In addition to the claims of which you are now aware, this settlement would also include any claims which could hereafter come to your attention.

By signing this final release, this settlement will constitute a full and final settlement of all your past, present, and/or future claims that have arisen, or might arise hereafter, as a result of these facts.

**Fraud Warning:**

**In presence of:**

**CAUTION: Read before signing below**

X [signature]
Charles Moore

State of Alabama
County of Lauderdale
Subscribed and sworn to before me this 5th day of June 20 26

STEPHANIE S HARRISON
NOTARY PUBLIC
State of Alabama - State at Large
My Commission Expires Aug. 05, 2029

X [signature]
Notary Public

Witness [signature]

EXHIBIT A




EXHIBIT A

EXHIBIT

B = 3-4-5
TERM's of The
Contract

# COMPLAINT FOR BREACH OF CONTRACT/BREACH OF AGREEMENT

1. ON OR about MAY 19, 2026, Plaintiff CHARLES Moore and Defendant, International Programs Group entered into a lawful agreement/ contract, of the sum of $ 2,000,000.00, million dollars and no cents, entered into a lawful agreement/ contract is attached hereto as "Exhibit" which I do hereby fully and forever release and discharge Restaurant Brands International, of all claims.

2. SEE "Exhibit A" where the court of Limestone Count, look at This Breack of contract on May 19, 2026. als CB&Bank NOTARY the contract and witness.

3. Plaintiff Charles Moore, did performed all obligations required under the terms of the contract, by giveup my Right to sue, in the future claims.

4. Defendant, International Programs Group hads breach the contract agreement by failing to pay the plaintiff the sum of $ 2,000,000.00, million dollars funds where the Defendant, had change the document, contract, to $ 1,000 without my consent, it may have made this grounds for this contract fraud, fraudulent inducement, or material breach of contract, it has been exactly 115 days since I initially sign my original release of liability on MAY 19, 2026.

5. To direct the court effectively showing the judge exactly how International Program Group, breached my the plaintiff, contract by present plaintiff case in front of the judge to called for a deman the failure, and must structure the plaintiff argument using a strict legal framework, called the "four Element of a Breach of Contract.

EXHIBIT A

6. Relief REQUESTED Plaintiffs asking for a motion of Brief to be submitted to a judge, asking them to review this breached International Progressive Group, contract and grant a release. the wording must be precise, formal and objective, and picture or the green card.

7. The contract: on May 19 2026, contract was Notary and sign, The Plaintiff request for Close Judicial Review to Enter an Order declaring the Contract Terminated due to Defendants material breach the Court deems just and proper.

8. Grant any further relief, the Court deems just and proper.

Dated: MAY 19, 2026

Respectfully Submitted
Charles Moore

phone: 256-910-1066
Email: C.a.MOORE@g.mail.com

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ipg, Andy Werts
P.O. Box 45058
Little Rock, AR 72214

9590 9402 9743 5266 2349 91

2. Article Number (Transfer from service label)

9589 0710 5270 3729 1006 38

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☑ Agent
☐ Addressee

B. Received by (Printed Name)
Jeff Stranger

C. Date of Delivery
6-8-26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

USPS ASHER STATION LITTLE ROCK, AR 72204
JUN - 8 2026

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

...ed Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

EXHIBIT A

IN THE CIRCUIT COURT OF LIMESTONE COUNTY ALABAMA

CHARLES MOORE,
Plaintiff,

CASE NO. CV 2026-38

FILED IN OFFICE

SEP 25 2026

KELLY DAVIS, CLERK
LIMESTONE COUNTY ALABAMA

V.

INTERNATIONAL PROGRAM Group,
Defendant,

Enforcing a Delayed Settlement a Hardship Motions in Alabama

- Hardship Motions Affidavit in the Court system. use my right procedural steps to alert a judge that the delay is causing me severe financial distress.
- Motion to Enforce Settlement Agreement, under the court's jurisdiction formal
- post-judgment or pre-judgment interest: the defense has held onto my $1.2 million for months after the execution of the release, a judge can order, International Program Group, the defendant to pay statutory interest on the funds for the duration of the delay. also request statutory interest on the $1.2 million for the 1506 days the funds have been withheld
- Maintain My Proof of Service by keep my certified mail green return receipt card in a safe place. The plaintiff undeniable proof for the Judge: The defendant has willfully ignoring the signed release agreement and contract and; root the funds are now owe plaintiff requesting the court to order immediate payment plus statutory interest for delays

Dated this 18 day of 2026

NOTARIZE: [signature]

Respectfully Submitted,

STATE OF Illinois
COUNTY OF Cook
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 18th DAY OF Sept 2026
BY Charles Moore
Camille F Thomas
NOTARY PUBLIC

Official Seal
CAMILLE L THOMAS
Notary Public, State of Illinois
Commission No. 985342
My Commission Expires [illegible]

EXHIBIT A

IN THE CIRCUIT COURT OF LIMESTONE COUNTY ALABAMA

CHARLES MOORE
plaintiff
V.
INTERNATIONAL PROGRAM GROUP
Defendants

CASE NO: CV: 2026-38

FILED IN OFFICE
SEP 25 2026
KELLY DAVIS, CLERK
LIMESTONE COUNTY ALABAMA

" AMENDED MOTION FOR SUMMARY JUDGMENT.

THE FOUR LEGAL REASON for The Judge:

1. A BINDING offer and Acceptance was formed:
- The Legal Rule: under Alabama law, a contract is formed and offer, and acceptance and a meeting of the minds.
- State that International Program Group drafted the contract and sent it to the plaintiff, which constitutes and send formal legal offer. By signing and notarizing it, plantiff legally accepted that offer of 2,000,000.00 Dollars, they Cannot breach or cancel an agreement that they Them-selves created and sent to plantiff. That didn't have a date on it.

2. To claim a breach, plaintiff must show you did his part.
- State that the plaintiff, fully executed his side of the contract by signing Notarizing and returning the release of liability. Plaintiff gave up underlying claim in exchange for the $2,000,000,00 Settlement funds. Completing your legal obligations on June 2, 2026.

3. Material Breach by failure to perform within a Reason-able Time

EXHIBIT A

- If a contract does not state an exact payment date, alabama law dictates that performance must happen within a "Reasonable time."
- Show that over 180days have passed since they received your the plaintiff signed contract on Jun 8, 2026 (as proven by plaintiff green card). settement for over six months is an unreasonable delay and a major, material breach of contract.

4. Entitlement to Pre-judgement interest under Alabama Law
   - The legal Rule: under Alabama Code § 8-8-8, money due under a contract bears interest from the day it should have been paid.
   - Argue that because they Intentionally held plaintiff 2,000,000.00 Dallors. settlement funds hostage for 180+ days to benefit themselves, the court should penalize, (IPG) International Program Group, by ordering them to pay the statutory 6% annual Interest on plaintiff fund, calcated from the paperwork in June 8 2026, to the date of final judgment.
   - (see Exhbit) (A). B.) Attach Proof.

Conclusion: for the Four reason stated above, Plaintiff respectfully requests this Honorable Court enter judgment against International Program Grop ordering the immediate payout of the $2,000,000.00 contract amount plus 6% interest

Dated this 23 day of September 2026.

Respectfull submitted

Charles Moore Plaintiff pro se

EXHIBIT A

Claim Number # 6022202005?8

**Authorization to Examine and/or Acquire a Copy of Health Records and Other Information (HIPAA Compliant)**

Name: Charles (First) Moore (Last) Calvin (Middle)

[redacted]1962 (Date of Birth) [redacted] 0643 (Social Security Number)

Address: 13220 Sugar Plum Ln (Street) Madison (City) Alabama (State) 35756 (Zip)

Phone: 256-910-1066 (Home) 256-910-1066 (Cell) "Disable" (Work)

**I authorize:** Charles C Moore
All provider names – hospitals, physicians, health insurance, etc.

**to disclose my Protected Health Information to:** **International Programs Group**
P.O. Box 45058
Little Rock, AR 72214
Phone: (501) 228-0900
Fax: (501) 228-0967

***For New York Residents Only***

Because of New York's laws protecting the privacy of information related to alcohol and drug abuse, mental health treatment, and HIV, there are special instructions for how you, as a New York resident, should complete this form. Please select one of the following options and then proceed with the rest of the form.

☑ Option 1 All information, ***including*** information about alcohol and drug abuse, mental health treatment, and HIV
☐ Option 2 All information, ***excluding*** information about alcohol and drug abuse, mental health treatment and HIV

***Type of information to be used or disclosed is my entire patient record, including but not limited to:***

| | | |
|---|---|---|
| Admission Information | Electrocardiogram Reports | Operative Notes |
| Emergency Room Report | Mental Health Treatment | Pathology Reports |
| Nurses Notes | History and Physical | Consultation Reports |
| Therapy Notes | Progress Notes (Dictated) | Detention Health Services |
| Ancillary Services Notes | Progress Notes (Handwritten) | Alcohol and/or Drug Treatment |
| Imaging Reports | Doctors' Orders | Discharge Summary |
| Laboratory Reports | Consultation Reports | Other ______ |
| Itemized statements, including ICD and CPT codes | Insurance, Medicare and Medicaid claim forms, including ICD and CPT codes | Insurance, Medicare and Medicaid explanation of benefits |

For this date range: 4-10-2025 (From:) claim resolution (To:)

**Authorization to Access, Inspect and/or Obtain a Copy of Health Information**

- I understand this authorization will expire at close of my claim.
- I understand the recipient authorized to receive the information is not a health plan or health care provider and the released information may no longer be protected by federal and state privacy regulations.
- I understand this consent is to include disclosure of alcohol and/or drug abuse records, psychiatric records, sexually transmitted disease and HIV/AIDS information.
- I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization, I must do so in writing and present my written revocation to International Programs Group. I understand the revocation will not apply to information that has already been released in response to this authorization.
- I understand that I have the right to obtain and keep a copy of this form.
- I understand that this authorization applies to medical treatment records, which may postdate this authorization.
- I understand authorization for the use or disclosure of the information identified above is voluntary. I need not sign this form to ensure health care treatment. I further understand that my health care and the payment of my health care will not be affected if I do not sign this form.

Signature of patient or legal representative | Printed name of patient or legal representative | Date

***For Custodian of Records***

As a duly authorized custodian of records, I confirm that the attached copies are accurate, complete and true to the best of my knowledge. These records were kept as a regularly conducted business activity and made by or from information transmitted by a person with knowledge of the acts, events, conditions, opinions or diagnoses. The fees and charges are those routinely charged for similar services, materials and equipment.

Charles Calvin Moore (Signature) | Charles Calvin Moore (Printed name) | 4-10-2025 (Date)

Mr. Andy Werts - Claims Examiner
Direct 314-909-3127
... x 2552

EXHIBIT A

ipg

Home Office
P O Box 220999
St. Louis, MO. 63122-0999
Tele: 800-489-2482
Fax: 314-821-7625

May 19, 2026

Charles Moore
13220 Sugarplum Lane
Unit 5B
Madison, AL 35756

| | |
|---|---|
| Our Client: | RBI |
| Claimant: | Charles Moore |
| Date of Loss: | 4/7/25 |
| IPG File#: | 60222-0200508 |

Dear Mr. Moore:

We have reviewed your claim and are making a full and final settlement offer of $2,000,000.00. There will be no other offers made.

If you wish to accept, please complete and return the attached release via e-mail or regular mail.

Sincerely,

Andy Werts
Examiner
International Programs Group
Office: (314) 909-3127
Email: andy.werts@ipgclaims.com

Enc: Release

EXHIBIT A

# RELEASE OF ALL CLAIMS

For and in consideration of the payment to me Charles Moore of the sum of $2,000,000.00, million, dollars and no cents, the receipt of which is hereby acknowledged I do hereby fully and forever release and discharge Restaurant Brands International, his/her/its/their agents, servants, or representatives of any from any and all actions, causes of action, claims and demands, damages, costs, loss of services, expenses, and compensation on account of or in any way growing out of any and all known and unknown personal injuries and property damage resulting, or to result from an incident, which occurred in Limestone County, AL state, on or about April 7, 2025, and **do hereby agree to indemnify and save harmless the parties herein released from all further claims or demands, costs, or expense arising out of the injuries or damages sustained by me.** It is further agreed that in the event other parties are responsible to me for damages as a result of this incide nt, the execution of this agreement shall operate as a satisfaction of my claims against such other parties to the extent of the pro rata shares of the parties herein released.

It is expressly warranted by me that no promise or inducement has been offered except as herein set forth; that this release is executed without reliance upon any statement or representation of the persons or parties released or their representatives, concerning the nature and extent of the injuries, damages, or legal liability thereof; that acceptance of the consideration set forth herein is in full accord and satisfaction of a disputed claim for which liability is expressly denied.

It is my intention by the proposed settlement to resolve any and all claims that you may have as a result of the facts concerning the above-referenced claim. In addition to the claims of which you are now aware, this settlement would also include any claims which could hereafter come to your attention.

By signing this final release, this settlement will constitute a full and final settlement of all your past, present, and/or future claims that have arisen, or might arise hereafter, as a result of these facts.

**Fraud Warning:**

**In presence of:**

**CAUTION: Read before signing below**

X [signature]
Charles Moore

State of Alabama
County of Lauderdale
Subscribed and sworn to before me this 5th day of June 2026

STEPHANIE S HARRISON
NOTARY PUBLIC
State of Alabama - State at Large
My Commission Expires Aug. 06, 2029

X [signature]
Notary Public

Witness [signature]

EXHIBIT A

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ipg, Andy Werts
P.O. Box 45058
Little Rock, AR 72214

9590 9402 9743 5266 2349 91

2. Article Number (Transfer from service label)

9589 0710 5270 3729 1006 38

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☑ Agent
☐ Addressee

B. Received by (Printed Name)
Jeff Stra[illegible]

C. Date of Delivery
6-8-26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

USPS ASHER STATION LITTLE ROCK, AR 72204
JUN - 8 2026

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

...d Delivery
(over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

EXHIBIT A

9




EXHIBIT A

AVSO350

ALABAMA JUDICIAL DATA CENTER
LIMESTONE COUNTY, ALABAMA
SUMMONS
CIVIL

CV 2026 000038.00

IN THE CIRCUIT COURT OF LIMESTONE COUNTY, ALABAMA
CHARLES CALVIN MOORE V. INTERNATIONAL PROGRAMS GROUP

SERVE ON: (D001)
SSN: - -
INTERNATIONAL PROGRAMS GROUP
PO BOX 220999

ST LOUIS ,MO 63122-0999

PLAINTIFF'S ATTORNEY

NOTICE TO THE ABOVE-NAMED DEFENDANT:

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE ABOVE-NAMED PLAINTIFF(S) OR ABOVE-NAMED ATTORNEY(S) OF THE PLAINTIFF(S) AT THE ABOVE ADDRESS(ES) OF THE ATTORNEY(S).

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGEMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

( ) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:
YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT OR OTHER DOCUMENT IN THIS ACTION UPON THE ABOVE-NAMED DEFENDANT.

(✓) SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF ______________________ PURSUANT TO THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 09/25/2026

CLERK: KELLY DAVIS
200 WASHINGTON ST. WEST
COURTHOUSE 1ST FLOOR
ATHENS AL 35611
(256)233-6406

( ) CERTIFIED MAIL IS HEREBY REQUESTED ______________________
PLAINTIFF'S/ATTORNEY'S SIGNATURE

RETURN ON SERVICE

( ) RETURN RECEIPT OF CERTIFIED MAIL RECEIVED IN THIS OFFICE ON (DATE) ______________ (RETURN RECEIPT HERETO ATTACHED)

( ) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT TO __________

IN ______________________ COUNTY, ALA

DATE

SERVER

SERVER'S ADDRESS

TYPE C

SERVER'S PHONE NUMBER

OPERATOR: SHT PREPARED: 09/25/2026

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

9589 0710 5270 3998 0590 95

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage
$

Total Postage and Fees
$ 17.00

*Sent To* International Programs Group
*Street and Apt. No., or PO Box No.* P.O. Box 220999
*City, State, ZIP+4®* St. Louis, Mo 63122-0999

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

EXHIBIT A

IN THE CIRCUIT COURT OF LIMESTONE COUNTY, ALABAMA

CHARLES MOORE
Plaintiff,
V
INTERNATIONAL PROGRAM GROUP, I
Defendant.

CASE NO: CV. 2026-38

COMPLAINT

Comes now The Plaintiff, Charles Moore, proceeding Pro Se (Representing Pro SE this complaint against the Defendant, International program Group, and in support thereof States as follows:

PARTIES & JURISDICTION

1. Plaintiff: Charles Moore, is a resident of Madison County, Alabama.
2. Defendant: International Program Group is a foreign entity doing business in the state of Ala. and is the third-party administrator responsible for handling the insurance claims arising from an incident in Limestone County, at Burger King.
3. This Court has jurisdiction over this matter because the contract/settlement agreement was entered into, breached, and involves an incident tha occurred inside Limestone County Alabama, and the amount in controversy exceeds the jurisdictional minimum of this Court.

STATEMENT of FACTS

4. In 2025, Plaintiff was involved in a slip-and-fall accident inside a Burger King restaurant located in Athen, Alabama (Limestone County), resulting in Neck Surgery and substantial medical bills.
5. To resolved the dispute and release Burger King from liability; Defendant International program Group offered a final settlement contract a final settement contract to the Plaintiff in the amount of $ 2,000,000.00.
6. Plaintiff accepted the offer; contract, had it fully notarized, and returned the completed paperwork to the Defendant; received and signed settlement paperwork Certified mail by green card return receipt.
7. As a material term of resolving this matter and releasing liability, the outstanding medical debts, bills and liens-specifically including those held by united Health care and medicaid paid finalized out of the settlement to clear the Plaintiff of all debt, more than Four (4) months has passed since the settlement.

Plaintiff realleges paragraph 1 through 7 if fully

COUNT 1: Breach of Contract Plaintiff performed all obligations required under the agreement by set forth herein; plaintiff performed executing and returned the Notarized release. Count II specific performance

8. Plaintiff realleges paragraphs 1-8 as if fully set forth herein; Plaintiff is entitled to an order of specific performance compelling the Defendant to
9. fulfill its exact contractual obligations.

PRAYER FOR RELIEF.

WHEREFORE, Plaintiff Charles Moore respectfully requests that this Court enter judgment in his favor and request Defendant International Program Group and order the following relief. Award Plaintiff (partial interest on the withheld funds due to the extensive payment delay Also Exhibit A Grant any further relief this Court deems just and proper.

Dated this 16 day of Sept 2026.

Respectfully Submitted

NOTARIZE:

STATE OF Illinois
COUNTY OF Cook
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 16th DAY OF Sept, 2026
BY Charles Caltyn Moore
Camille L. Thomas
NOTARY PUBLIC

Official Seal
CAMILLE L THOMAS
Notary Public, State of Illinois
Commission No. 985362
My Commission Expires January 11, 2028

FILED IN OFFICE
OCT - 1 2026
KELLY DAVIS, CLERK
LIMESTONE COUNTY ALABAMA

EXHIBIT A


EXHIBIT A: To Show
L



EXHIBIT A



EXHIBIT A

AVS0350

ALABAMA JUDICIAL DATA CENTER
LIMESTONE COUNTY, ALABAMA
SUMMONS
CIVIL

CV 2026 000038.00

IN THE CIRCUIT COURT OF LIMESTONE COUNTY, ALABAMA
CHARLES CALVIN MOORE V. INTERNATIONAL PROGRAMS GROUP

SERVE ON: (D001)
SSN: - -
INTERNATIONAL PROGRAMS GROUP
PO BOX 220999

ST LOUIS ,MO 63122-0999

PLAINTIFF'S ATTORNEY

NOTICE TO THE ABOVE-NAMED DEFENDANT:

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE ABOVE-NAMED PLAINTIFF(S) OR ABOVE-NAMED ATTORNEY(S) OF THE PLAINTIFF(S) AT THE ABOVE ADDRESS(ES) OF THE ATTORNEY(S).

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGEMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

( ) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:
YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT OR OTHER DOCUMENT IN THIS ACTION UPON THE ABOVE-NAMED DEFENDANT.

(✓) SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF ______________________ PURSUANT TO THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 10/01/2026

CLERK: KELLY DAVIS
200 WASHINGTON ST. WEST
COURTHOUSE 1ST FLOOR
ATHENS AL 35611
(256)233-6406

( ) CERTIFIED MAIL IS HEREBY REQUESTED ______________________
PLAINTIFF'S/ATTORNEY'S SIGNATURE

RETURN ON SERVICE

( ) RETURN RECEIPT OF CERTIFIED MAIL RECEIVED IN THIS OFF.
ON (DATE) ______________ (RETURN RECEIPT HERETO ATTAC.

( ) I CERTIFY THAT I PERSONALLY DELIVE
COMPLAINT OR OTHER DOCUMENT TO ___
IN ______________ COUNT

DATE ______________

SERVER'S ADDRESS ______________

______________

SERVER'S PHONE NUMBER

OPERATOR: SHT PREPARED: 10/01/2026

9589 0710 5270 3998 0592 17

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

International Programs Group
P.O. Box 220999
St. Louis, MO 63122-0999

9590 9402 0179 6110 2907 58

2. Article Number (Transfer from service label)

9589 0710 5270 3998 0590 95

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
10-5-26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

W-26-38

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

USPS TRACKING #

SAINT LOUIS MO 630
[illegible] OCT 2026 PM 6 L

9590 9402 0179 6110 2902 58

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

FILED IN OFFICE

OCT 14 2026

KELLY DAVIS, CLERK
LIMESTONE COUNTY ALABAMA

* Sender: Please print your name, address, and ZIP+4® in this box*

KELLY DAVIS, CLERK
CIRCUIT COURT, LIMESTONE COUNTY
200 WASHINGTON ST., WEST
ATHENS, AL 35611

CV26-38

11-25833

EXHIBIT A

AlaFile E-Notice

44-CV-2026-000038.00

Judge: MATTHEW R. HUGGINS

To: MOORE CHARLES CALVIN (PRO SE)
13220 SUGAR PLUM LN
MADISON, AL, 35756-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF LIMESTONE COUNTY, ALABAMA

CHARLES CALVIN MOORE V. INTERNATIONAL PROGRAMS GROUP
44-CV-2026-000038.00

The following matter was served on 10/5/2026

**D001 INTERNATIONAL PROGRAMS GROUP**

**Corresponding To**

CERTIFIED MAIL

KELLY DAVIS
CIRCUIT COURT CLERK
LIMESTONE COUNTY, ALABAMA
200 WASHINGTON STREET WEST
ATHENS, AL, 35611

256-233-6406
kelly.davis@alacourt.gov

EXHIBIT A

## Incoming Wire Transfers Instructions

To receive a wire transfer into a CB&S Bank account, the customer will need to provide the sending party with the following information:

1. Beneficiary Bank's ABA Routing Number: **062201559**

2. Beneficiary Bank's Name - **CB&S Bank**
   **200 S. Jackson Ave.**
   **Russellville, AL 35653**

3. For credit to the beneficiary: **Name as it appears on customer's account and customer's account number with CB&S Bank.**

Acct [redacted]0006

FILED IN OFFICE

OCT 15 2026

KELLY DAVIS, CLERK
LIMESTONE COUNTY ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

International Programs Group
P.O. Box 220999
St. Louis, MO 63122-0999

9590 9402 0179 6110 2903 21

2. Article Number *(Transfer from service label)*

9589 0710 5270 3998 0592 1

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

6-26-38 SAC

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☑ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

EXHIBIT A

USPS TRACKING #

SAINT LOUIS MO 630

6 OCT 2026 PM 4 L

9590 9402 0179 6110 2903 21

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

FILED IN OFFICE

OCT 16 2026

KELLY DAVIS, CLERK
LIMESTONE COUNTY ALABAMA

KELLY DAVIS, CLERK
CIRCUIT COURT, LIMESTONE COUNTY
200 WASHINGTON ST., WEST
ATHENS, AL 35611

9:26:38 STC

EXHIBIT A

AlaFile E-Notice

44-CV-2026-000038.00

Judge: MATTHEW R. HUGGINS

To: MOORE CHARLES CALVIN (PRO SE)
13220 SUGAR PLUM LN
MADISON, AL, 35756-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF LIMESTONE COUNTY, ALABAMA

CHARLES CALVIN MOORE V. INTERNATIONAL PROGRAMS GROUP
44-CV-2026-000038.00

The following matter was served on 10/6/2026

**D001 INTERNATIONAL PROGRAMS GROUP**

**Corresponding To**

CERTIFIED MAIL

KELLY DAVIS
CIRCUIT COURT CLERK
LIMESTONE COUNTY, ALABAMA
200 WASHINGTON STREET WEST
ATHENS, AL, 35611

256-233-6406
kelly.davis@alacourt.gov